UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Richard W. Spaulding and Mary E. Silva         **Case/AP Number** 11-15006 **-FJB**
                                                         **Chapter** 7

   #13    Motion filed by Creditor U.S. Bank, N.A., for Relief from Stay Re: 456 Wareham Street, Middleborough, Massachusetts

**COURT ACTION:**

_____Hearing held

_____Granted         _____Approved         _____Moot

_____Denied          _____Denied without prejudice         _____Withdrawn in open court

_____Overruled       _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  Movant is hereby granted relief from the automatic stay to exercise its rights as to the property.  Relief from the 14-day stay of this order in Rule 4001(a)(3) is denied.

                             IT IS SO ORDERED:

                             /s/ Frank J. Bailey

                             _____Dated: 07/03/2011
                             Frank J. Bailey
                             United States Bankruptcy Judge